Opinion issued May 30, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00651-CV

____________


MARIA DEL CARMEN CAVAZOS, Appellant

V.

MARIA CAVAZOS, Appellee






On Appeal from the 149th District Court

Brazoria County, Texas

Trial Court Cause No. 8440*RM99






O P I N I O N

 The Court today considered the parties' joint motion to dismiss appeal. The motion
is granted and this appeal is dismissed. Tex. R. App. P. 42.1(a). All pending motions in this
appeal are overruled as moot. The Clerk is directed to issue mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM


Panel consists of Chief Justice Schneider and Justices Hedges and Nuchia. 

Do not publish. Tex. R. App. P. 47.